## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PENTECH FINANCIAL SERVICES, INC., a California corporation,<br><br>                Plaintiff,<br><br>vs.<br><br>TROY A. SIBSON, an individual, and TRACIE L. SIBSON, an individual,<br><br>                Defendants. | Case No. 3:08-cv-00561<br><br>**<u>DEFAULT JUDGMENT</u>** |

It appearing to this court that the Defendants, TROY A. SIBSON, an individual, and TRACIE L. SIBSON, an individual, ("Defendants"), having been properly served with Summons and Complaint as provided by law, and the Defendants having failed to appear and answer or otherwise defend against the Plaintiff's Complaint, and the legal time for answering having expired, and no answer or other responsive pleading having been filed, the default of the Defendants having been duly entered according to law, and Plaintiff, Pentech Financial Services, Inc. ("Pentech"), having applied to the Court pursuant to Federal Rule of Civil Procedure 55 for judgment by default and attorneys' fees and costs pursuant to Federal Rules of Civil Procedure 55 and 54, and being now fully advised of the premises and good cause appearing, the application is hereby granted with judgment to be entered in favor of the Plaintiff and against the Defendants, jointly and severally, as follows:

1   **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment be entered
2   in favor of Pentech Financial Services, Inc. and against TROY A. SIBSON, an individual, and
3   TRACIE L. SIBSON, an individual, jointly and severally, for the total sum of **$137,244.32**, which
4   sum includes the following:

- Lease Payments Due $137,422.69
- Late Charge/Bad Check $ 20,653.40
- Prejudgment Interest: from 7/13/08 to 11/25/08 $ 10,601.93
- Attorney Fees & Costs for Sibco Enterprises Inc., Bankruptcy $ 11,083.19
- Less Credit for Sale of Collateral ($ 53,000.00)
- Prejudgment Interest: from 11/26/08 to 1/20/09 $ 3,500.56
- Attorney Fees for this Action $ 6,507.50
- Costs for this Action $ 475.05

**IT IS FINALLY ORDERED** that the judgment's principal sum of $126,761.21 shall bear interest at the legal rate until fully paid.

DATED:  January 21 , 2009.

*Howard D. McKibben*

United States District Judge

Submitted by: /s/ Edmond Buddy Miller

Edmond "Buddy" Miller, Esq.
*Attorney for Pentech Financial Services, Inc.*

-2-